

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Jose Aguilera v. The State of Texas

Appellate case number:    01-14-00726-CR

Trial court case number:  1406622

Trial court:              338th District Court of Harris County

      Counsel's "Motion to Withdraw Pursuant to *Anders v. California*" filed on January 29, 2015, fails to provide the appellant's last known address. *See* TEX. R. APP. P. 6.5(a)(2) (motion for leave to withdraw from representing a party must contain "the party's name and last known address and telephone number"). Accordingly, the Court orders counsel to file a supplemental motion complying with the requirements of Texas Rule of Appellate Procedure 6.5(a) by no later than **February 13, 2015**.

      It is so ORDERED.

Judge's signature: <u>/s/ Jane Bland</u>
                ☑ Acting individually    ☐ Acting for the Court

Date: <u>February 3, 2015</u>